UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20387-CIV-ALTONAGA/Louis

**JOSEPH PETER CLARKE**,

    Movant,
vs.

**UNITED STATES OF AMERICA**,

    Respondent.
_____/

## ORDER

THIS CAUSE came before the Court *sua sponte*. In its Response to Movant's Memorandum of Law [ECF No. 71], the Government agrees the Court should grant the Motion to Vacate Convictions and Sentence [ECF No. 67] and conduct a resentencing, guided by the factors in 18 U.S.C. section 3553. In his Reply [ECF No. 72], Movant concurs and requests the Court order the preparation of a new presentence investigation report and set his criminal case for a resentencing hearing. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Vacate Convictions and Sentence **[ECF No. 67]** is **GRANTED**. Final judgment in favor of Movant will be entered by separate order. An order will be entered separately in 13-20334-Cr setting a re-sentencing hearing. The Clerk is instructed to mark this case as **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of February, 2020.

                                                         _____
                                                         **CECILIA M. ALTONAGA**
                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record