UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20387-CIV-ALTONAGA/Louis

**JOSEPH PETER CLARKE**,

    Movant,

vs.

**UNITED STATES OF AMERICA**,

    Respondent.

_____/

**FINAL JUDGMENT**

Pursuant to the Court's Order [ECF No. 73], entered granting Movant's Motion to Vacate Convictions and Sentence [ECF No. 67], it is

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Movant, Joseph Peter Clarke, and against Respondent, United States of America.

**DONE AND ORDERED** in Miami, Florida, this 13th day of February, 2020.

                                        *[signature]*
                                        **CECILIA M. ALTONAGA**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record